**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Marcellus REID, Defendant— Appellant.**

No. 06–7799.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2007.

Decided: April 11, 2007.

Marcellus Reid, Appellant Pro Se.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcellus Reid appeals the district court's order denying his petition for writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Reid,* No. 1:92–cr–00149 (E.D. Va. filed Sept. 22, 2006; entered Sept. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*